UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X   Civil Action No.2:21-cv-02825
TAYSHAUN WILSON, and
ANTHONY LAZARUS,                                                     **STIPULATION**

                                Plaintiff,

      - against -

SI BULLDOGS INC., CYDCOR L.L.C.,
VERIZON COMMUNICATIONS INC., and
CHRIS BUTE,

                              Defendants.
-----------------------------------------------------------------X

    IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action shall be commenced in the American Arbitration Association ("AAA") forum, in lieu of Federal District Court, whereat Plaintiff is entitled to enforce/compel the subject Arbitration Agreement against all Defendants, and all Defendants shall accept service by way of their undersigned counsel.

    IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that following the execution of this stipulation by all parties, Plaintiff shall forthwith file for voluntary dismissal of this action, without prejudice against the Defendants SI BULLDOGS INC., CYDCOR L.L.C., VERIZON COMMUNICATIONS INC., and CHRIS BUTE pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).


Dated:  September 13, 2021

_____
Joshua Gittleman
DeTOFFOL & ASSOCIATES, Attorneys at Law
125 Maiden Lane – Suite 5C
New York, NY 10038
(212) 962-2220
Attorneys for Plaintiff

1

_/s/ Elise O'Brien_

Elise O'Brien
RYNN & JANOWSKY, LLP
2603 Main Street, Suite 1250,
Irvine, CA 92614
949.430.3417
Attorneys for SI Bulldogs Inc. and Chris Bute

_/s/ Peter Moskowitz_

Peter C. Moskowitz
JACKSON LEWIS P.C.
666 Third Avenue, 29th Floor
New York, NY 10017
212-545-4071
Attorneys for Verizon Communications Inc. and Cydcor L.L.C.